IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| GAYLE W. PURVIS, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | CIVIL ACTION NO. _____ |
|  | ) |  |
| BANK OF AMERICA CORPORATION, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## NOTICE TO PLAINTIFF OF REMOVAL

You are hereby notified that Bank of America, N.A., on behalf of itself and improperly-named defendant Bank of America Corporation (collectively referred to herein as "Bank of America"), has filed on December 10, 2009, a Notice of Removal, a copy of which is attached as Exhibit 1, in the United States District Court for the Southern District of Georgia, Dublin Division, thereby removing this case to that Court.

This 10th of December, 2009.

                           Respectfully submitted,

                           PARKER HUDSON RAINER & DOBBS LLP

                           By: /s/ Robert M. Brennan
                               Robert M. Brennan
                               Georgia Bar No. 079798

1500 Marquis Two Tower
285 Peachtree Center Ave., N.E.
Atlanta, Georgia 30303
Phone (404) 523-5300
Facsimile (404) 522-8409

                           Attorney for Bank of America

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE TO PLAINTIFF OF REMOVAL** upon Plaintiff in this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to Plaintiff's counsel of record as follows:

> Daniel M. King, Jr., Esq.
> James B. Stewart, III, Esq.
> KING LAW GROUP
> 617 Bellevue Avenue
> Post Office Box 4329
> Dublin, Georgia 31040

This 10th day of December, 2009.

/s/ Robert M. Brennan
Robert M. Brennan

1368851_1